PAULINE CURTIN, Respondent, v PHIPPS HOUSES SERVICES, INC., Appellant. [747 NYS2d 388]

The defendant failed to make a prima facie showing of entitlement to judgment as a matter of law (*see Alvarez v Prospect Hosp.,* 68 NY2d 320, 324; *Winegrad v New York Univ. Med. Ctr.,* 64 NY2d 851). In view of the foregoing, it is not necessary to consider the sufficiency of the opposing papers (*see Alvarez v Prospect Hosp., supra*). Altman, J.P., S. Miller, McGinity, Schmidt and Rivera, JJ., concur.